UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 29 2009
Clerk, U.S. District and Bankruptcy Courts

Jesse Johnson, )
)
    Petitioner, )
)
v. ) Civil Action No. **09 1410**
)
Barack Obama, )
)
    Respondent. )

## MEMORANDUM OPINION

This matter is before the Court on petitioner's *pro se* application for a writ of *habeas corpus* accompanied by his application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), will dismiss the case for failure to state a claim upon which relief can be granted.

Petitioner, a resident of West Helena, Arkansas, inexplicably names President Barack Obama as the sole respondent to this action based on alleged acts taken by a judge who presided over petitioner's civil case in the United States District Court for the Eastern District of Arkansas. *See* Pet. & Attachments. In any event, petitioner does not appear to be in the government's custody and is not challenging said custody. He therefore fails to state a claim for habeas relief under 28 U.S.C. § 2241. *See* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus . . . shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known."). A separate Order of dismissal accompanies this Memorandum Opinion.

                                                  /s/ Royce C. Lamberth
                                                  United States District Judge

Date: July 21, 2009

